Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 NOV -5 AM 10: 08

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PDV DEPUTY

ALMA YOLANDA MARCIAL, individually
JAIME A. GARCIA, individually

vs

UNITED STATES OF AMERICA,
NEIGHBORHOOD HEALTHCARE,
DANIEL HARRISON, MD., and
MOHAMMAD IMANDOOST, M.D

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2109 JM POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ALAN K. NICOLETTE
NORDSTROM, STEELE, NICOLETTE and BLYTHE
17542 E. 17th Street, Suite 250
TUSTIN, CA 92780

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | NOV - 5 2007 |
| CLERK | DATE |

P. DELA CRUZ (SEAL)

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)