KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147
Facsimile: (619) 557-5004
Email: Christopher.Latham@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA YOLANDA MARCIAL, individually; JAIME A. GARCIA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, NEIGHBORHOOD HEALTHCARE, DANIEL HARRISON, M.D., and MOHAMMAD IMANDOUST, M.D.,<br><br>Defendants. | Case No. 07cv2109-JLS (NLS)<br><br>NOTICE OF APPEARANCE<br><br>CTRM: 6<br>JUDGE: Hon. Janis L. Sammartino |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for Defendant in the above-captioned case. I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, and should receive all Notices of Electronic Filings relating to activity in this case:

None

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

Kathryn A. Snyder - Email: Kathryn.Snyder@usdoj.gov

Please call me if you have any questions about this notice.

DATED: February 5, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Christopher B. Latham
_______________________________
CHRISTOPHER B. LATHAM
Assistant United States Attorney
Attorneys for Defendant
United States of America
Email: Christopher.Latham@usdoj.gov