FILED
2008 FEB 13 PM 3:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY YNH DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ALMA YOLANDA MARCIAL )
)
vs. )
)
UNITED STATES OF AMERICA )

Case No. 07CV2109 JLS POR

**DECLARATION OF SERVICE**

Person Served:
DANIEL HARRISON, M.D. c/o Neighborhood Healthcare

Date Served: by serving Martha Huerta, Authorized to Accept Service
01/16/08

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR PERSONAL NEGLIGENCE in the following manner: (check one)

1) By personally delivering copies to the person served.

2) ✘ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at on , 20 .

Executed on JANUARY 23, 2008 at NEWPORT BEACH, CA

[signature]

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

ORIGINAL

Summons in a Civil Action (Rev 11/97)

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

ALMA YOLANDA MARCIAL, indivdually; JAIME A. GARCIA, indivdually

vs

UNITED STATES OF AMERICA, NEIGHBORHOOD HEALTHCARE, DANIEL HARRISON, M.D., and MOHAMMAD IMANDOUST, M.D.

**SUMMONS IN A CIVIL ACTION**

Case No. 07CV2109JM POR

TO: (Name and Address of Defendant)

DANIEL HARRISON, M.D.
415 N. DATE STREET, #203
ESCONDIDO, CA 92025

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ALAN K. NICOLETTE
NORDSTROM, STEELE, NICOLETTE AND BLYTHE
17542 E. 17TH STREET, SUITE 250
TUSTIN, CA 92780

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

DATE

By , Deputy Clerk

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 1-16-08 |
| NAME OF SERVER JUSTIN MCINTOSH | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: Neighborhood Healthcare c/o Martha Huerta, Authorized to Accept Service

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ______

[ ] Return unexecuted:

[ ] Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 01/23/08
Date

Signature of Server

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure