FILED

2008 FEB 13 PM 4:03

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Alma Yolanda Marcial, et al
Plaintiff

vs

United States of America, et al
Defendant

Case Number:07cv2109 JLS (NLS)

**NOTICE OF NONCOMPLIANCE WITH LOCAL RULE 5.4(a) MANDATORY ELECTRONIC FILING**

Document Submitted:Memo of Points and Authorities; multiple Summons Returned Executed

Filed by Attorney:Alan K. Nicolette

The document(s) listed above were not submitted electronically and therefore do not comply with Local Rule 5.4(a).

L.R. 5.4(a) - Except as proscribed by local rule, order or other procedure, the court has designated all cases to be assigned to the Electronic Filing System. Unless otherwise expressly provided in the Court's Electronic Case Filing Administrative Policies and Procedures Manual, the Court's Local Rules, or in the exceptional circumstances preventing a registered user from filing electronically, as of November 1, 2006 all petitions, motions, memoranda of law, or other pleadings and documents required to be filed with the court by a registered user in connection with a case assigned to the Electronic Filing System shall be electronically filed.

A copy of this notice has been provided to counsel of record for this party.

****Counsel must register for CM/ECF on the court's web site, www.casd.uscourts.gov, within 5 business days of receipt of this notice.**

Please take notice, further documents submitted that do not comply with this rule will be submitted to the Court on a discrepancy order.

Date:2/13/2008

W. Samuel Hamrick, Clerk of Court

By,/s/K. Hammerly Deputy Clerk