Alan K. Nicolette, Esq. State Bar No. 118038
Francis P. Papica, Esq. State Bar No. 158800
NORDSTROM, STEELE, NICOLETTE AND BLYTHE
17542 E. 17th Street, Suite 250
Tustin, California 92780

Attorneys for Plaintiffs
ALMA YOLANDA MARCIAL,
JAMIE A. GARCIA

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE AND BLYTHE
17542 E. 17th STREET
SUITE 250
TUSTIN CALIFORNIA 92780
(714) 750-1010

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA YOLANDA MARCIAL, individually; JAIME A. GARCIA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, NEIGHBORHOOD HEALTHCARE, DANIEL HARRISON, M.D., and MOHAMMAD IMANDOUST, M.D.<br><br>Defendants. | CASE NO. 07-CV-2109 JLS (NLS)<br><br>PLAINTIFFS ALMA YOLANDA MARCIAL'S AND JAIME A. GARCIA'S NOTICE OF MOTION AND MOTION FOR THE COURT TO EXERCISE SUPPLEMENTAL JURISDICTION ON THE STATE COURT ACTION PURSUANT TO 28 U.S.C.A. § 1367<br><br>DATE : April 18, 2008<br>TIME : 10:30 A.M.<br>DEPT. : 6 |

PLEASE TAKE NOTICE THAT on April 18, 2008 at 10:30 A.M. or as soon thereafter as counsel may be heard, before the Honorable Janis L. Samartino of the United States District Judge, Courtroom 6, Third Floor, 940 Front Street, San Diego, California, plaintiff ALMA YOLANDA MARCIA and JAIME A. GARCIA, will bring their Motion for the Court to Exercise Supplemental Jurisdiction on the State Court Action entitled *Alma Yolanda Marcial, et al. vs. Palomar Pomerado Health System, et al.*, Case Number GIC 863480, in the Superior Court for the State of California, County of San Diego, Central District, which was transferred to the Federal Court under case Number 07cv1221-IEG(NLS) and remanded back to the state court.

This motion will be based upon all the files and records in this case, the Memorandum of Points and Authorities, the declaration of Alan K. Nicolette and all exhibits thereto, and the presentation of counsel at the time of hearing.

Dated: January 11, 2008

NORDSTROM, STEELE,
NICOLETTE AND BLYTHE

By:________________________
Alan K. Nicolette
Francis P. Papica
Attorneys for Plaintiffs
ALMA YOLANDA MARCIAL,
JAMIE A. GARCIA

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE AND BLYTHE
17542 E. 17th STREET
SUITE 250
TUSTIN CALIFORNIA 928780
(714) 750-1010

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 17542 E. 17th Street #250, Tustin, CA 92780-1960.

On February 14, 2008, I served the within **PLAINTIFFS ALAMA YOLANDA MARCIAL'S AND JAMIE A. GARCIA'S NOTICE OF MOTION AND MOTION FOR THE COURT TO EXERCISE SUPPLEMENTAL JURISDICTION ON THE STATE COURT ACTION PUSUANT TO 28 U.S.C.A. §1367** on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Tustin, California, addressed as follows:

Karen P. Hewitt, Esq.
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
State of California Bar No. 160515
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 557-7147
(619) 557-5004 FAX

Executed on February 14, 2008, at Tustin, California.

I declare, under penalty of perjury, that the foregoing is true and correct.

Patricia A. Pallares-Castro