**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 FEB 15 PM 2:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
This space for Clerk's Office File Stamp

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Sammartino
FROM: K.Hammerly, Deputy Clerk RECEIVED DATE: 2/13/2008
CASE NO.: 07cv2109 JLS (NLS) DOCUMENT FILED BY: Attorney Alan Nicolette
CASE TITLE: Marcial, et al v. USA, et al
DOCUMENT ENTITLED: Memo of Points and Authorities

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER:Motion not on file |

**Date forwarded:** 2/13/2005

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties. Parties already filed this electronically, per request of Court

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Sammartino

Dated: 2/15/08 By: [signature]

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

REJECTED

Alan K. Nicolette, Esq. State Bar No. 118038
Francis P. Papica, Esq. State Bar No. 158800
NORDSTROM, STEELE, NICOLETTE AND BLYTHE
17542 E. 17th Street, Suite 250
Tustin, California 92780
(714) 750-1010
(714) 750-0786 Fax
nsnjlaw@aol.com

Attorneys for Plaintiffs
ALMA YOLANDA MARCIAL,
JAMIE A. GARCIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA YOLANDA MARCIAL, individually; JAIME A. GARCIA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, NEIGHBORHOOD HEALTHCARE, DANIEL HARRISON, M.D., and MOHAMMAD IMANDOUST, M.D.<br><br>Defendants. | CASE NO. 07-CV-2109 JLS (NLS)<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR THE COURT TO EXERCISE SUPPLEMENTAL JURISDICTION ON THE STATE COURT ACTION PURSUANT TO 28 U.S.C.A. § 1367; DECLARATION OF ALAN K. NICOLETTE<br><br>DATE: April 18, 2008<br><br>TIME: 10:30 AM |

///

///

///

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE AND BLYTHE
17542 E. 17TH STREET
SUITE 250
TUSTIN CALIFORNIA 928780
(714) 750-1010



ORIGINAL