KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California Bar No. 160515
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA YOLANDA MARCIAL, individually; JAIME A. GARCIA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; NEIGHBORHOOD HEALTHCARE; DANIEL HARRISON, M.D.; and MOHAMMAD IMANDOUST, M.D.,<br><br>Defendants. | Case No. 07cv2109 JLS (NLS)<br><br>CERTIFICATION OF SCOPE OF EMPLOYMENT<br><br>[42 U.S.C. § 233(c); 28 U.S.C. § 2879(d)] |

Pursuant to the provisions of 28 U.S.C. § 2679(d) and to the authority vested in the United States Attorney to make scope of employment certifications under 28 C.F.R. § 15.3, as expressly delegated to me by the United States Attorney, I hereby certify that I have read the Complaint in the above-entitled action, as well as other documentation. On the basis of information now available with respect to the incidents alleged in Plaintiffs' Complaint, I hereby find and certify that Daniel Harrison, M.D. and Mohammad Imandoust, M.D., Defendants named to this action, were acting within the scope of their employment as employees of Neighborhood Healthcare.

Neighborhood Healthcare receives federal grant money from the United States Public Health Service pursuant to 42 U.S.C. §§ 254(b), 254(c), 256 or 256(a). Pursuant to 42 U.S.C. § 233(h), the Department of Health and Human Services, effective October 1, 2003, deemed Neighborhood

Healthcare and its employees to be federal employees of the Public Health Service. As such, claims for medical malpractice against Neighborhood Healthcare and its employees, such as Dr. Harrison and Dr. Imandoust, arising from medical services provided within the scope of their employment by Neighborhood Healthcare, are cognizable exclusively against the United States under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671, et seq. See 42 U.S.C. § 233(a) and (g)(1)(A). Based on my certification that Dr. Harrison and Dr. Imandoust were acting within the scope of their employment with Neighborhood Healthcare at the time of the events out of which Plaintiffs' claim arose, Plaintiffs' claim must henceforth "be deemed an action against the United States under the provisions of the FTCA . . . ." 28 U.S.C. § 2679(d)(1).

DATED: March 10, 2008

KAREN P. HEWITT
United States Attorney

Tom Stahl

TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division