KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California Bar No. 160515
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA YOLANDA MARCIAL, individually; JAIME A. GARCIA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; NEIGHBORHOOD HEALTHCARE; DANIEL HARRISON, M.D.; and MOHAMMAD IMANDOUST, M.D.,<br><br>Defendants. | Case No. 07cv2109 JLS (NLS)<br><br>NOTICE OF SUBSTITUTION OF THE UNITED STATES OF AMERICA AS DEFENDANT IN PLACE OF NEIGHBORHOOD HEALTHCARE, DANIEL HARRISON, M.D. AND MOHAMMAD IMANDOUST, M.D. |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the United States of America, through its attorneys, Karen P. Hewitt, United States Attorney, and Christopher B. Latham, Assistant U.S. Attorney, hereby notifies all parties and the Court that by operation of law, to wit, 42 U.S.C. § 233(a) and (g), and 28 U.S.C. § 2679(d), as amended, the United States has been substituted as a Defendant, in place of Neighborhood Healthcare, Daniel Harrison, M.D. and Mohammad Imandoust, M.D. as to Plaintiffs' Complaint, which alleges a medical negligence claim against them. This substitution is based upon the following:

1. On November 5, 2007, Plaintiffs initiated this action in this Court. They named as Defendants Neighborhood Healthcare, a federally supported health center, and Daniel Harrison, M.D.

and Mohammad Imandoust, M.D., both of whom were employed by Neighborhood Healthcare at all relevant times.

2. Pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), as amended, the Secretary of Health and Human Services deemed Neighborhood Healthcare and its physicians to be "employees" of the Public Health Service for purposes of the Federal Tort Claims Act (FTCA) only, effective October 1, 2003.[1/] The United States Attorney for the Southern District of California, through her designee, has certified that Dr. Harrison and Dr. Imandoust were acting within the scope of their Neighborhood Healthcare employment at the time of the events alleged in the Complaint. Therefore, pursuant to 42 U.S.C. § 233(g), Neighborhood Healthcare, Dr. Harrison and Dr. Imandoust are deemed to be federal employees of the Public Health Service for FTCA purposes only, for the acts or omissions alleged in Plaintiff's Complaint. A copy of the certification has been filed concurrently with this Notice.

3. Pursuant to 42 U.S.C. § 233(a) and (g), Plaintiffs' remedy against the United States under the FTCA is exclusive of any other civil action or proceeding involving the same subject matter as the medical negligence claims alleged against Neighborhood Healthcare, Dr. Harrison and Dr. Imandoust in Plaintiffs' Complaint. Furthermore, pursuant to 28 U.S.C. § 2679(d)(1), Plaintiffs' action now "shall be deemed an action against the United States under the provisions of the FTCA."

WHEREFORE, this action properly is now deemed an action under the FTCA, solely against the United States as a substituted Defendant in place of Neighborhood Healthcare, Daniel Harrison, M.D. and Mohammad Imandoust, M.D., who are entitled to dismissal with prejudice as to the common law tort claims alleged in the Complaint, since such common law tort claims are precluded pursuant to 28 U.S.C. § 2679(b)(1) and 42 U.S.C. § 233(a) and (g).

//

//

//

//

//

---

[1/] The FTCA is codified as 28 U.S.C. §§ 1346(b) and 2671, et seq.

Submitted concurrently herewith (via email to chambers) for the Court's consideration is a proposed Order of Substitution.

DATED: March 10, 2008

KAREN P. HEWITT
United States Attorney

s/ Christopher B. Latham

CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
Attorneys for Defendant
United States of America
Email: Christopher.Latham@usdoj.gov