UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA YOLANDA MARCIAL, individually; JAIME A. GARCIA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; NEIGHBORHOOD HEALTHCARE; DANIEL HARRISON, M.D.; and MOHAMMAD IMANDOUST, M.D.,<br><br>Defendants. | Case No. 07cv2109 JLS (NLS)<br><br>CERTIFICATE OF SERVICE |

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Christopher B. Latham, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action.

I have caused service of the following documents in this above-captioned action as indicated below:

- Notice of Substitution of the United States of America as Defendant in Place of Neighborhood Healthcare, Daniel Harrison, M.D. and Mohammad Imandoust, M.D.

I hereby certify that I have caused service of the foregoing on the following parties by electronically filing said document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them:

<u>Name</u> (If none, enter "None" below)

Alan K. Nicolette
Nordstrom, Steele, Nicolette and Blythe
nsnjlaw@aol.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Name (If none, enter "None" below)

None

the last known address at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2008.

s/ Christopher B. Latham
CHRISTOPHER B. LATHAM