KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147
Facsimile: (619) 557-5004
Email: Christopher.Latham@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA YOLANDA MARCIAL, individually; JAIME A. GARCIA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; NEIGHBORHOOD HEALTHCARE; DANIEL HARRISON, M.D.; and MOHAMMAD IMANDOUST, M.D.,<br><br>Defendants. | Case No. 07cv2109 JLS (NLS)<br><br>NOTICE OF RELATED CASE<br>[Civil Local Rule 40.1(e)] |

PLEASE TAKE NOTICE that the above-captioned action is related to the following case:

- Marcial, et al. v. Palomar Pomerado Health System, et al., case no. 07cv1221 JLS (NLS), filed in San Diego Superior Court on March 28, 2006, removed to the district court on July 5, 2007, and dismissed and remanded on November 26, 2007 to the state court, where it is now pending as case no. GIC 863480

//

//

//

//

Both cases are brought by the same Plaintiffs. They arise from identical operative facts, namely Plaintiffs' decedent's final illness and the medical care she received in connection therewith.

DATED: March 19, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Christopher B. Latham

CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
Attorneys for Defendant
United States of America