UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA YOLANDA MARCIAL, individually; and JAIME A. GARCIA, individually,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; NEIGHBORHOOD HEALTHCARE; DANIEL HARRISON, M.D.; and MOHAMMAD IMANDOUST, M.D.,<br><br>Defendants. | Case No. 07cv2109 JLS (NLS)<br><br>CERTIFICATE OF SERVICE |

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Christopher B. Latham, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action.

I have caused service of the following document(s) on the parties indicated below by electronically filing said document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them:

DOCUMENT(S) SERVED:

- Answer to Complaint

PARTIES ON WHOM SERVED:

Plaintiffs, through their counsel of record, Alan K. Nicolette and Francis J. Papica
nsnjlaw@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2008.

s/ Christopher B. Latham
CHRISTOPHER B. LATHAM