UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA YOLANDA MARCIAL, individually; JAIME A. GARCIA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; NEIGHBORHOOD HEALTHCARE; DANIEL HARRISON, M.D.; and MOHAMMAD IMANDOUST, M.D.,<br><br>Defendants. | Case No. 07cv2109 JLS (NLS)<br><br>ORDER SUBSTITUTING THE UNITED STATES OF AMERICA AS DEFENDANT IN PLACE OF NEIGHBORHOOD HEALTHCARE, DANIEL HARRISON, M.D. AND MOHAMMAD IMANDOUST, M.D. |

The Court has reviewed and considered the Notice of Substitution filed by the United States of America from which it appears that this is an action against Neighborhood Healthcare, Daniel Harrison, M.D. and Mohammad Imandoust, M.D. arising out of actions certified by the Attorney General of the United States to have been taken by Neighborhood Healthcare and by Daniel Harrison, M.D. and Mohammad Imandoust, M.D. within the scope of their employment as employees with Neighborhood Healthcare. It further appears that, effective October 1, 2003, Neighborhood Healthcare and its employees have been deemed by the Secretary of Health and Human Services to be Public Health Service employees for purposes of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671, et seq.

Under 28 U.S.C. § 2679(d)(1) and (2), which are provisions of the FTCA, the United States of America is to be substituted as the Defendant in a common law tort action brought against federal employees who are certified as acting within the scope of their federal employment at the time of the events out of which a claim arose. The action then proceeds against the United States under the terms of the FTCA.

Accordingly, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233(a) and (g), the United States of America shall be substituted as the Defendant herein, in place of Neighborhood Healthcare, Daniel Harrison, M.D. and Mohammad Imandoust, M.D. as to the claims raised in Plaintiff's Complaint, and that the title of the action be amended accordingly to reflect this substitution.

IT IS FURTHER ORDERED that this action is dismissed as to Neighborhood Healthcare, Daniel Harrison, M.D. and Mohammad Imandoust, M.D., on the ground that the exclusive remedy for Plaintiffs' FTCA claims is an action against the United States and because the United States has been substituted as the sole defendant on those claims. Gutierrez de Martinez v. Lamagno, 515 U.S. 417, 420 (1995) ("Upon certification, the employee is dismissed from the action and the United States is substituted as defendant.")

IT IS SO ORDERED.

DATED: April 14, 2008

Janis L. Sammartino
Honorable Janis L. Sammartino
United States District Judge

Presented by:

KAREN P. HEWITT
United States Attorney

s/ Christopher B. Latham

CHRISTOPHER B. LATHAM
Assistant U.S. Attorney

Attorneys for Defendant
United States of America