Alan K. Nicolette, Esq. State Bar No. 118038
Francis P. Papica, Esq. State Bar No. 158800
NORDSTROM, STEELE, NICOLETTE AND BLYTHE
770 The City Drive South, Suite 3000
Orange, California 92868
(714) 750-1010
(714) 750-0786 FAX
nsnjlaw@aol.com

Attorneys for Plaintiffs
ALMA YOLANDA MARCIAL, individually
JAIME A. GARCIA, individually

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE and BLYTHE
770 THE CITY DRIVE SOUTH
SUITE 3000
ORANGE, CALIFORNIA 92868
(714) 750-1010

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA YOLANDA MARCIAL, individually; JAIME A. GARCIA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, NEIGHBORHOOD HEALTHCARE, DANIEL HARRISON, M.D., and MOHAMMAD IMANDOUST, M.D.<br><br>Defendants. | CASE NO. 3:07-cv-2109 JLS (NLS)<br><br>ASSIGNED FOR ALL PURPOSES BEFORE THE HON. JANIS L. SAMMARTINO AND THE HON. NITA L. STORMES<br><br>PLAINTIFFS' INITIAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(A)(1) |

Plaintiffs ALMA YOLANDA MARCIAL and JAIME A. GARCIA, pursuant to *Federal rules of Civil Procedure*, Rule 26(a)(1), hereby complies with the Initial Disclosure requirements:

(A) NAMES OF POTENTIAL WITNESSES:

1. Alma Yolanda Marcial
c/o Nordstrom, Steele, Nicolette and Blythe
17542 E. 17th Street, Suit 250
Tustin, California 92780
(714) 750-1010

2. Jaime A. Garcia
c/o Nordstrom, Steele, Nicolette and Blythe
17542 E. 17th Street, Suit 250
Tustin, California 92780
(714) 750-1010

3. Daniel Harrison, M.D.
c/o United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101

4. Mohammad Imandoust, M.D.
c/o United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101

5. Rachel A. Christian, PA-C
c/o Marilyn R. Moriarty, Esq.
Attorney for Defendant
LEWIS, BRISBOIS, BISGAARD & SMITH
550 West "C" Street, #800
San Diego, CA 92101
(619) 233-1006
(619) 233-8627 Fax

6. Daniel Harrison, M.D.
c/o Marilyn R. Moriarty, Esq.
Attorney for Defendant
LEWIS, BRISBOIS, BISGAARD & SMITH
550 West "C" Street, #800
San Diego, CA 92101
(619) 233-1006
(619) 233-8627 Fax

7. Mark J. Spiro, M.D.
c/o Marilyn R. Moriarty, Esq.
Attorney for Defendant
LEWIS, BRISBOIS, BISGAARD & SMITH
550 West "C" Street, #800
San Diego, CA 92101
(619) 233-1006
(619) 233-8627 Fax

8. Nabil Fata Yerji, M.D.
c/o Marilyn R. Moriarty, Esq.
Attorney for Defendant
LEWIS, BRISBOIS, BISGAARD & SMITH
550 West "C" Street, #800
San Diego, CA 92101
(619) 233-1006
(619) 233-8627 Fax

9. Christine M. Bauer, RN
Palomar Pomerado Health

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE, and BLYTHE
770 THE CITY DRIVE SOUTH
SUITE 3000
ORANGE, CALIFORNIA 92868
(714) 750-1010

15266 Innovation Drive
San Diego, CA 92128

10. Bernadette McKinney, RN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

11. Wendy Levin, RN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

12. Sheila Douglas, RN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

13. Sarah Curtis, RN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

14. Tricia Delgado, RN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

15. Myria Fabrizio, RN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

16. Timothy L Feng, M.D.
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

17. Teresa Ann Garcia, RPH
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

18. Nadine Jaffe, MSW
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

19. Marsha John, RN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE, and BLYTHE
770 THE CITY DRIVE SOUTH
SUITE 3000
ORANGE, CALIFORNIA 92868
(714) 750-1010

20. Laura Lindsay, RN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

21. Daniel Macksood, MD
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

22. Michele Primus, RN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

23. Rosa Guadalupe Serna, LVN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

24. Anne Smith, RN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

25. Rachel Ann Wegner, LVN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

26. Chris Blabac, LVN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

27. Lavonne Cochran, RN
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

28. Kelly A. Wyfeels
Palomar Pomerado Health
15266 Innovation Drive
San Diego, CA 92128

29. Michael Santiago (760) 845-6825;

30. Lupe Sanches (760) 439-6533;

31. Veronica Marcial (760) 802-3407;

32. Roberto Marcial (760) 802-2357;

33. Miky (760) 781-3002;

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE and BLYTHE
770 THE CITY DRIVE SOUTH
SUITE 3000
ORANGE, CALIFORNIA 92868
(714) 750-1010

34. Norma Partida (951) 442-2918;

35. Sugei Mota (760) 586-6590;

36. Rosalva Morales (951) 298-5333;

37. Eva Morales (951) 298-5333;

38. Janet Santiago (760) 877-5536;

39. Emily Marcial (760) 505-1775.

(B) DOCUMENTS, DATA COMPILATION AND TANGIBLE THINGS

1. Palomar Medical Center
15615 Pomerado Road
Poway, CA 92064
(858) 613-4000

2. Children's Hospital and Health Center
3020 Children's Way
San Diego, CA 92123
(858) 576-1700

3. Centro Medico Latino Del Valle
1151 East Washington Ave, Suite C
Escondido, CA 92027

4. Neighborhood Center for Women's Health

5. Death Certificate for Natalie Garcia

6. Photographs of Natalie Garcia taken at the hospital

3. COMPUTATION OF DAMAGES CLAIMED

The value of the financial support, if any, that Natalie would have contributed to the family during the life expectancy that she had before her death or the life expectancy of her parents, whichever is shorter.

The loss of gifts or benefits that claimants could have expected to receive from Natalie.

Funeral and burial expenses; and

The amount paid, and reasonably certain to be paid in the future, to obtain household services that Natalie would have provided.





LAW OFFICES
NORDSTROM, STEELE, NICOLETTE, and BLYTHE
770 THE CITY DRIVE SOUTH
SUITE 3000
ORANGE, CALIFORNIA 92868
(714) 750-1010

Claimants also claim the following noneconomic damages: The loss of Natalie's love, companionship, comfort, care, assistance, protection, affection, society, and moral support. Plaintiffs demand $250,000.00 for the wrongful death claims and $250,000.00 each for the parents' NIED claims.

Plaintiffs reserve the right to supplement the above Initial Disclosure statement pursuant to FRCP Rule 26(e).

Dated: May 21, 2008

NORDSTROM, STEELE
NICOLETTE AND BLYTHE

By:__________________________
Alan K. Nicolette
Francis P. Papica
Attorneys for Plaintiffs
ALMA YOLANDA MARCIAL and
JAIME A. GARCIA

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE, and BLYTHE
770 THE CITY DRIVE SOUTH
SUITE 3000
ORANGE, CALIFORNIA 92868
(714) 750-1010

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE AND BLYTHE
17542 E. 17TH STREET
SUITE 250
TUSTIN CALIFORNIA 928780
(714) 750-1010

**CERTIFICATE OF SERVICE**

I hereby affirm that a copy of this **Plaintiffs' Initial Disclosure Pursuant to FED.R.CIV.P. 26(a)(1)** are hereby filed with the clerk of the United States District Court- Souther District. A copy of the **Plaintiffs' Initial Disclosure Pursuant to Fed.r.civ.p. 26(a)(1)** was served by first class mail upon the opposing counsel at the address below on May 21, 2008

Karen P. Hewitt, Esq.
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
State of California Bar No. 160515
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 557-7147
(619) 557-5004 FAX

Claudia Vasquez

NORDSTROM, STEELE, NICOLETTE AND BLYTHE
17542 East 17th Street, Suite 250
Tustin, CA 92780
(714)750-1010
(714)750-0786 fax