Alan K. Nicolette, Esq. State Bar No. 118038
Francis P. Papica, Esq. State Bar No. 158800
NORDSTROM, STEELE, NICOLETTE AND BLYTHE
770 The City Drive South, Suite 3000
Orange, California 92868
(714) 750-1010
(714) 750-0786 FAX
nsnjlaw@aol.com

Attorneys for Plaintiffs
ALMA YOLANDA MARCIAL, individually
JAIME A. GARCIA, individually

LAW OFFICES
NORDSTROM STEELE NICOLETTE and BLYTHE
770 THE CITY DRIVE SOUTH
SUITE 3000
ORANGE, CALIFORNIA 92868
(714) 750-1010

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA YOLANDA MARCIAL, individually; JAIME A. GARCIA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, NEIGHBORHOOD HEALTHCARE, DANIEL HARRISON, M.D., and MOHAMMAD IMANDOUST, M.D.<br><br>Defendants. | CASE NO. 3:07-cv-2109 JLS (NLS)<br><br>ASSIGNED FOR ALL PURPOSES BEFORE THE HON. JANIS L. SAMMARTINO AND THE HON. NITA L. STORMES<br><br>PROPOSED DISCOVERY PLAN PURSUANT TO FED.R.CIV.P 26(f) |

The parties, by and through their respective attorneys of record, Alan K. Nicolette, Esq. and Francis Papica, Esq. of Nordstrom, Steele, Nicolette and Blythe, counsel of record for the plaintiffs herein, and Christopher B. Latham of the United States Attorney's Office, counsel of record for the defendants herein, conferred telephonically on May 30, 2008 to consider the nature and the basis of the claims and defenses and the possibilities for a prompt settlement or resolution of the case.

Counsel have agreed to the following discovery plan:

1. The parties will exchange the information required by *Federal Rules of Civil*

*Procedure* Rule 26(a)(1)(A-D), in accordance with the Order re Early Meeting of Parties and Scheduling Conference no later than June 13, 2008.

2. The parties have agreed that discovery will be needed on the following issues:

A. The alleged negligent acts and/or omissions of federal court defendants Daniel Harrison, M.D. and Mohammad Imandoust, M.D., giving rise to this lawsuit

B. The alleged negligent acts and/or omissions of the state court defendants Rachel A. Christian, PA-C; Mark J. Spiro, M.D.; Nabil Fata Yerji, M.D., and Persons Most Knowledgeable from Palomar Pomerado Hospital, giving rise to this lawsuit

C. Whether the alleged negligent acts and/or omissions, if any, on the part of the defendants or others caused and/or contributed to plaintiffs' injuries and damages

D. The nature and extent of plaintiffs' injuries and damages, if any.

3. Counsel have agreed that the following specific discovery may be necessary to evaluate this case:

A. Depositions of the following:

(i). Daniel Harrison, M.D.

(ii Mohammad Imandoust, M.D.

(iii) Rachel A. Christian, PA-C

(iv) Daniel Harrison, M.D.

(v) Mark J. Spiro, M.D.

(vi) Nabil Fata Yerji, M.D.

(vii) Alma Yolanda Marcia

(viii) Jaime A. Garcia

The parties propose that depositions of parties and percipient

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE and BLYTHE
770 THE CITY DRIVE SOUTH
SUITE 3000
ORANGE, CALIFORNIA 92868
(714) 750-1010

witnesses be completed at a time ordered by the court.

B. Expert witness reports and depositions.

The parties propose that depositions of expert witnesses be completed at a time ordered by the court.

C. Additional written discovery including but not limited to, interrogatories, requests for production of documents and requests for admission.

The parties propose that all written discovery be completed at a time ordered by the court.

4. Counsel reserve their right to conduct additional discovery within the scope and limits set forth in Fed. R. Civ. P. 26(b), including, but not limited to, interrogatories, further document demands, depositions not specifically identified herein and expert witness discovery.

5. Counsel will enter into separate agreements, as necessary, to protect the privacy rights of the individuals involved.

6. The parties propose a pre-trial conference date in mid-2009.

Dated: May 21, 2008

NORDSTROM, STEELE,
NICOLETTE AND BLYTHE

By:____________________
Alan K. Nicolette
Francis P. Papica
Attorneys for Plaintiffs
STEVEN ROBERT RUTBERG and
ERIC LAW

Dated: May 30, 2008

UNITED STATES ATTORNEY

By:____________________
Karen P. Hewitt
Christopher B. Latham
Attorney for Defendants
UNITED STATES OF AMERICA

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE, and BLYTHE
770 THE CITY DRIVE SOUTH
SUITE 3000
ORANGE, CALIFORNIA 92868
(714) 750-1010

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE AND BLYTHE
17542 E. 17th STREET
SUITE 250
TUSTIN CALIFORNIA 928780
(714) 750-1010

## CERTIFICATE OF SERVICE

I hereby affirm that a copy of this **PROPOSED DISCOVERY PLAN PURSUANT TO FED.R.CIV.P. 26(A)(1)** are hereby filed with the clerk of the United States District Court- Souther District. A copy of the **PURSUANT TO FED.R.CIV.P. 26(A)(1)** was served by first class mail upon the opposing counsel at the address below on June 3, 2008

Karen P. Hewitt, Esq.
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
State of California Bar No. 160515
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 557-7147
(619) 557-5004 FAX

Claudia Vasquez, Assistant to
Alan K. Nicolette

NORDSTROM, STEELE, NICOLETTE AND BLYTHE
17542 East 17th Street, Suite 250
Tustin, CA 92780
(714)750-1010
(714)750-0786 fax